**Clarence GEORGE v. M. Cecelia GOSS, No. 48-77**

September 13, 1978. Motion to dismiss appeal denied. Terms of fifty dollars assessed against appellant's attorney.